1

2

3

4

5

6

7          NOT FOR CITATION

8    IN THE UNITED STATES DISTRICT COURT

9    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   EDDIE J. STREETER, JR.,                )      No. C 10-01356 JF (PR)
                                            )
12              Plaintiff,                  )      ORDER OF TRANSFER
                                            )
13        vs.                               )
                                            )
14                                          )
     CDC, VACAVILLE, et al.,                )
15                                          )
                Defendants.                 )
16   _____       )      (Docket No. 2)

17         Plaintiff, a state prisoner proceeding pro se, filed the instant civil rights action

18   pursuant to 42 U.S.C. § 1983, concerning the conditions of his confinement at Vacaville

19   State Prison ("VSP") in Solano County, Corcoran State Prison ("COR") in Kings County,

20   California Men's Colony ("CMC") in San Luis Obispo County, Centinela State Prison

21   ("CEN") in Imperial County, California State Prison of Los Angeles County in the city of

22   Lancaster ("LAC"), and Kern Valley State Prison ("KVSP") in Kern County.  VSP, COR,

23   and KVSP are located in the Counties of Solano, Kings and Kern, respectively, all of

24   which lie within the venue of the Eastern District of California.  28 U.S.C. § 84(b).  CMC

25   and LAC are located in the Counties of San Luis Obispo and Los Angeles, respectively,

26   both of which lie within the venue of the Western Division of the Central District of

27   California.  Id. § 84(c)(2).  Lastly, CEN is located in Imperial County which lies within

28   the venue of the Southern District of California.  Id. § 84(d).  Because the acts

Order of Transfer
P:\PRO-SE\SJ.JF\CR.10\Streeter01356_transfer.wpd          1

1  complained of occurred in various Counties which all lie outside of this district, venue in

2  this Court is not proper.  See 28 U.S.C. § 1391(b).

3      When jurisdiction is not founded solely on diversity, venue is proper in the district

4  in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the

5  district in which a substantial part of the events or omissions giving rise to the claim

6  occurred, or a substantial part of property that is the subject of the action is situated, or (3)

7  a judicial district in which any defendant may be found, if there is no district in which the

8  action may otherwise be brought.  28 U.S.C. § 1391(b).  As a substantial part of the

9  events or omissions giving rise to the claim occurred in the Eastern District, venue

10  properly lies in that district.  See 28 U.S.C. § 1391(b).

11      Accordingly, this case is TRANSFERRED to the United States District Court for

12  the Eastern District of California.  See 28 U.S. C. § 1406(a).  The Clerk shall terminate

13  any pending motions and transfer the entire file to the Eastern District of California.

14      IT IS SO ORDERED.

15  DATED: _8/3/10_____

        _____
        JEREMY FOGEL
16      United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

Order of Transfer
P:\PRO-SE\SJ.JF\CR.10\Streeter01356_transfer.wpd          2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EDDIE J STREETER, JR.,

        Plaintiff,

  v.

CDC, et al.,

        Defendants.

/

Case Number: CV10-01356 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____8/11/10_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eddie J. Streeter V-17183
North Kern State Prison
P.O. Box 5104
D3-120L
Delano, CA 93215-5104

Dated: _____8/11/10_____

Richard W. Wieking, Clerk